

**THE SIERRA'S PREMIER HOMEBUILDER**

# Rustic Design
## HANDBUILT HOMES

PO Box 123
Coarsegold, Ca. 93614
Phone: 559 683 5494
Fax: 559 683 8566
Email: rustic@sierranet.com



FILED

OCT 15 2003

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

Fresno Division Offie
1130 O Street, Room 2656
Fresno, Ca. 93721
Oct. 13, 2003

To the Bankruptcy Court:

03-18441-B-7

    I am a creditor against Floyd Sherwood Hill, case number: 03-18661-B-7. I am sending copies of my letters to the bar explaining how Mr. Hill took our case, did not work on it, and when we were too far in to get another attorney he demanded more money to continue. After that he did no work for us. He handed our case off to another attorney who did try to represent us. Even though according to our last accounting, (which was padded) we had $14,065.00. Hill did not forward any of our money to the new attorney. We paid twice for our trial and lost because of the bad start and lack of preparation on Mr. Hill's part. Also Mr. Hill did not give us any accounting after the third $10,000 was demanded, and did not answer our call or letters.

    I understand Mr. Hill has been disbarred for this behavior, for which I am glad. However, he has had over two years to hide his assets and stay undercover. His punishment does not return the $30,000 he bilked out of us under the pretense of representing us. I believe the court should not allow him to get away with this planned con against us and others. Please deny his bankruptcy.

Thank You,

Joyce Stuhr

FLOYD S. HILL
ATTORNEY AT LAW
6535 N. PALM, STE 101
FRESNO, CA 93704
(559)222-2537

# Statement

DATE
1/29/2001

TO:

Joyce Stuhr
P. O. Box 123
Coarsegold, Ca 93614

| | AMOUNT DUE | AMOUNT ENC. |
|---|---|---|
| | $-14,065.00 | |

| DATE | TRANSACTION | AMOUNT | BALANCE |
|---|---|---|---|
| 12/29/2000 | Balance forward | | -14,917.50 |
| 01/20/2001 | prepare case management statement | 312.50 | -14,605.00 |
| 01/24/2001 | case management hrg/Madera | 540.00 | -14,065.00 |

*No accounting n
Contact after this*

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | AMOUNT DUE |
|---|---|---|---|---|---|
| -14,065.00 | 0.00 | 0.00 | 0.00 | 0.00 | $-14,065.00 |



1288
RUSTIC DESIGN
HANDBUILT HOMES
JOYCE AND CHUCK STUHR
P.O. BOX 123
COARSEGOLD, CA 93614

90-3689/1211

DATE 6-26-01

PAY TO THE ORDER OF Floyd S. Hill    $10,000.00

Ten Thousand & no/100 —————— DOLLARS

YOSEMITE BANK
40061 Hwy. 49, P.O. Box 2060
Oakhurst, CA 93644

FOR _____

The Third $10,000

Joyce Stuhr
PO Box 123
Coarsegold, Ca. 93614
Dec.30, 2001

Office of Chief Trial Counsel/Intake
State Bar of California
1149 S. Hill St.
Los Angeles, Ca. 90015-2299

To Chief Trial Counsel:

On Oct. 11, 2000 I went to see Floyd S. Hill about a suit filed against my husband and I regarding a building contract with Steven and Victoria Arata. At that time I signed a contract with Mr. Hill to represent us. He informed me his paralegals would be doing much of the work to save me money. On Oct. 12, 2000 I sent a check for $10,000.00 towards the $20,000.00 he said would take us up to the trial. On Dec. 16, 2000 I sent him the remainder of the $20,000.00.

In the next months we had a long list of interrogatories to answer for the Arata's attorney and I understood we were also asking them for some. I met several times with Mr. Hills' paralegals to be sure all the questions were answered correctly. There was no contact with Mr. Hill and I did not get any information on the questions being asked of the Aratas.

On June 26, 2000 Mr. Hill called me to a new office on Shaw Blvd. and explained he had a falling out with his old office and was going to be working alone with a new paralegal and that he was going to need another $10,000.00. He asked me to give the same information to the new paralegal so we could get the interrogatories out. I gave him a check that day. (see attached).

I called on several occasions to ask for a billing statement but there was no answer at this office. I wrote to him and asked him to send me an accounting. He did not respond. I sent him a certified letter asking for an accounting and he refused it. ( see attachments).

My checks were deposited in his trust account and removed immediately with no accounting for it. I received no monthly statements and his contract with me states he will only ask for $2500.00 but he asked for $10,000.

His paralegal who worked on my case was Bill Andrews, 559 441 7073. He may know more about my accounting.

Sincerely,

Joyce Stuhr

To: Mark Hartman
From: Joyce Stuhr
March 13, 2003

Dear sir,

I am very concerned about the case against Floyd Hill, our attorney against Arata. When we were advised by the Aratas that they were breaking their contract with us, it seemed like a good case for us. When I went to see Hill he was very encouraging. We were asked to answer a long list of interrogatories twice while he was still with the first office. We were told he would send some to the other side. Now I find that they were sent, but when the other side's attorney threatened him, he with drew all discovery, without telling us.

We still had some of our funds unused, or so we thought, when he left the first office and told us he would be working alone on the case. He still asked for $10,000 more at that time. He had told us originally the $20,000 we paid would take us to trial. We were not able to drop him when he asked for more money because time was against us and we were pressured into paying him $10,000 more. After that, we never heard from him again and were never able to get an accounting. When Poncho Baker told us he had been "hired" to try our case, we assumed Hill had paid him our extra money. We later found we owed Baker for all his work, and Hill had not paid any of our money to him. We lost the opportunity to get any discovery from the other side and ultimately lost our case. It cost us more than $200,000. I feel Hill caused us to lose by getting us off to a bad start and leaving us unprepared. He did almost nothing for the money we paid him and the interrogatories we had to send were finally done by a third paralegal. We paid three people for the same job. All the work he supposedly did while in the old office was lost and we had nothing to show for small amount of billing he sent us. Then he hid out and we could not contact him. He behaved like a con man. We not only lost all the money we paid him, and were left to start all over, but we lost a case that we should have won easily. Surely, the bar has more control over it's attorneys than that.

When I talked to you I was glad to hear the case was still in progress, but it seems the extent to which he misled and harmed us was not being recognized. Even if he paid us back all we paid him, for which he did no work, we still are out $170,000.

Thank you for your help.

Regards,

Joyce Stuhr