```
                                                    FILED
                                                  JUN 22 2006
                                           UNITED STATES BANKRUPTCY COURT
                                            EASTERN DISTRICT OF CALIFORNIA
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| | |
|---|---|
| In re:<br><br>FLOYD SHERWOOD HILL,<br><br>        Debtor.<br>_____<br><br>MICHAEL McGRANAHAN, CHAPTER 7 TRUSTEE, and WILLIAM ANDREWS<br><br>        Plaintiffs,<br>v.<br><br>FLOYD SHERWOOD HILL and JANET HILL,<br><br>        Defendants.<br>_____ | Case No. 03-94183-D-7<br><br><br><br><br><br><br>Adversary No. 03-9223<br><br><br><br><br><br><br><br>Continued Trial Date:<br>DATE: June 14, 2006<br>TIME: 11:30 a.m.<br>DEPT: D |

### JUDGMENT AFTER TRIAL

The court having issued Findings of Facts and Conclusions of Law orally on the record on the above-referenced date and time, and good cause appearing,

IT IS HEREBY ORDERED ADJUDGED AND DECREED:

1. In regard to the third claim for relief in the above-captioned adversary proceeding, Floyd Hill is denied a discharge under 11 U.S.C. § 727(a)(2)(A);

2. In regard to the fourth claim for relief in the above-captioned adversary proceeding, Floyd Hill is denied a discharge under § 727(a)(4)(A);

3. In regard to the second claim for relief in the above-captioned adversary proceeding, the transfer (or transfers) by Floyd Hill of three Official Checks totaling $105,000 to Janet Hill on or about December 31, 2005 is a fraudulent transfer under 11 U.S.C. § 548(c)(1)(A), and thus avoided;

4. Plaintiff, William Andrews' first claim for relief for dischargeability of debt pursuant to 11 U.S.C. § 523(a)(6) is rendered moot by the denial of Floyd Hill's discharge; and

5. Plaintiffs' fifth claim for relief is for attorney's fees and they shall take nothing on this claim for relief.

Dated: JUN 2 2 2006

*[signature]*
ROBERT S. BARDWIL
UNITED STATES BANKRUPTCY JUDGE

## Certificate of Service

I certify that on ___JUN 2 2 2006___ a copy of the foregoing document was mailed to the following:

Gary Huss
P.O. Box 16339
Fresno, CA 93755

Dan Nelson
P.O. Box 1770
Stockton, CA 95201

Charles Hastings
4568 Feather River Dr., #A
Stockton, CA 95219

FOR THE COURT
RICHARD G. HELTZEL
CLERK, U.S. BANKRUPTCY COURT

By: _____
       Deputy Clerk