FILED
August 26, 2008
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001380042

**3**

Michelle G. Oleksa, #203891
Oleksa Law Office, P.C.
8939 N. Chestnut Avenue
Ste. 404
Fresno, CA 93720
Phone: 559-298-4759
Fax: 559-298-2206

Attorney for MICHAEL D. McGRANAHAN, Trustee

THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| | |
|---|---|
| In re:<br>FLOYD S. HILL,<br>Debtor.<br>SSN #XXX-XX-0772<br>2727 W. Bluff, #136<br>Fresno, CA 93711 | Case No.: 03-94183-D-7<br>DC NO.: MGO-3<br>Chapter 7<br>Date: N/A<br>Time: N/A<br>Place: 1200 I Street, Suite 4<br>Modesto, California 95354<br>Judge: Hon. Robert S. Bardwil |

**EX PARTE APPLICATION TO EMPLOY SPECIAL CO-COUNSEL ON A CONTINGENCY**

TO THE HONORABLE JUDGE OF THE UNITED STATES BANKRUPTCY COURT:

Pursuant to 11 U.S.C. §§ 327 and 328, Michael D. McGranahan, Chapter 7 Trustee ("Trustee") of the Estate of FLOYD S. HILL ("Debtor"), respectfully moves this Court as follows:

1. A Voluntary Petition was filed on September 19, 2003; the order for relief was entered on the same date. On October 9, 2003, this case was transferred from the Fresno Division of the United States Bankruptcy Court to the Modesto Division. Trustee was duly appointed Chapter 7 Trustee of the Estate of the Debtor on October 21, 2003.

2. Trustee previously employed special counsel Gary L. Huss, as set forth in the Order

Authorizing Trustee to Employ Special Counsel on a Contingency, filed December 28, 2004, at Docket Number 88.

3. Huss filed an Adversary Proceeding for Nondischargeability of Debt and to Avoid Fraudulent Conveyance and/or Denial of Discharge, Case No.: 03-9223, on behalf of the Trustee.

4. An Amended Judgment After Trial was filed on September 5, 2006, as Docket Number 88.

5. The Judgment avoided fraudulent transfers in the amount of $105,000.00, among other relief.

6. Trustee seeks to employ special co-counsel to assist in the collection of the judgment, since defendants Floyd Hill and Janet Hill have failed to pay the judgment.

7. Trustee wants to employ David J. Cook of Cook Collection Attorneys ("Cook") as special co-counsel on a contingency since Cook has extensive experience in collecting judgments. Cook's résumé is being filed concurrently herewith as Exhibit "A," and incorporated herein.

8. The terms of Huss' representation of the Trustee were set forth in the Contingency Fee Agreement, which was previously filed as Exhibit "B," Docket Number 86 and incorporated herein.

9. The terms of that Agreement included a contingency fee to Huss of 30%, plus costs and expenses.

10. Huss has agreed to decrease his contingency fee to 25%, while Cook has agreed to a contingency fee of 15%, for a total contingency fee of 40%.

11. The full terms of the representation of special counsel Huss and special co-counsel Cook are being filed concurrently herewith in the Contingency Fee Agreement filed as Exhibit "B," and incorporated herein.

12. Any award of compensation and reimbursement of expenses will be subject to 11 U.S.C. § 330(a), and any other applicable Bankruptcy and local rules.

13. Trustee believes that the employment of Cook is in the best interests of the Estate

and that it will result in the most efficient handling of this matter.

14. Based on this Application and the Supporting Declaration, it is asserted that Cook holds no interest adverse to this Estate, has no connection with the Debtor, creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the United States Trustee's Office, except as set forth herein, and is a disinterested person within the meaning of 11 U.S.C. § 327.

WHEREFORE, Trustee prays for authorization to employ Cook as special co-counsel on a contingency for performance of the services as described herein, and that the Court grant such other relief as is just.

Dated: __August 21, 2008__           /s/ Michael D. McGranahan
                                                                          Michael D. McGranahan

## **VERIFICATION**

I, Michael D. McGranahan, declare:

1. I am the duly appointed, qualified, and acting Chapter 7 Trustee of the above-referenced Debtor's Bankruptcy Estate.

2. I have reviewed the above Ex Parte Application to Employ Special Co-Counsel on a Contingency, and everything set forth therein is true and correct. If called as a witness in this matter, I could competently testify from personal knowledge to the foregoing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed on __August 21, 2008___, at Modesto, California.

                                                             _____/s/ Michael D. McGranahan_____
                                                                   Michael D. McGranahan

This Ex Parte Application to Employ Special Co-Counsel on a Contingency was prepared by Michelle G. Oleksa, general counsel for the Trustee.

DATED: __August 27, 2008__                        OLEKSA LAW OFFICE, P.C.

                                                                 By:___/s/ Michelle G. Oleksa___
                                                                         Michelle G. Oleksa,
                                                                         Attorney for Trustee